UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJIMAN HAFIZ, et al.,

    Plaintiff(s),

    v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant(s).

No. C 07-2114 PJH

**ORDER DENYING REQUEST TO EXTEND PRETRIAL DATES**

    Before the court is a stipulation and proposed order in which the parties propose that the pretrial deadlines be extended by more than 60 days due to certain unspecified calendar conflicts and a planned vacation of counsel for both parties.  Even though the court finds that the parties have not established good cause for the extension they seek, the court would be amenable to a more modest extension of the fact and expert discovery deadlines but will not approve the request to move the dispositive motions deadline from August 6, 2008 to October 15, 2008.  The parties were advised in the August 17, 2007 case management and pretrial order, that the court hears dispositive motions no later than 120 days before trial.  Yet the parties propose a hearing date that is 45 days before trial and only three weeks before the pretrial conference.  The court wonders just how all the pretrial papers (joint pretrial statement, motions in limine, jury instructions, etc.) can be prepared and filed as required on October 6, 2008, if dispositive motions have not yet been heard, much less decided.  The parties are reminded that the court adjusted the original dates of August 28, 2008 and September 12, 2008 proposed by the parties for pretrial and trial, in order to provide the 120 days required by this court's case management plan.  If the

parties wish to waive the filing of dispositive motions, the court will approve an extension of the pretrial dates. If not, the dispositive motions hearing deadline remains as scheduled and the parties should re-evaluate their discovery needs in light of the established deadline, and submit a revised stipulation if necessary.

**IT IS SO ORDERED.**

Dated: March 18, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge