Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ and ASHARFUN NISHA HAFIZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Defendant. | CASE NO.: CV 07-2114-PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**THE PARTIES' JOINT STIPULATION TO EXTEND PRE-TRIAL DATES AND DEADLINES; [~~PROPOSED~~] ORDER THEREON**<br><br>Complaint Filed: April 16, 2007 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\196\08pleadings\stip re deadline extensionv2.doc

# PARTY STIPULATION

Plaintiffs Majiman Hafiz and Asharfun Nisha Hafiz ("Plaintiffs") and Defendant Metropolitan Life Insurance Company ("MetLife") (collectively the "Parties"), by and through their respective counsel of record, hereby submit the following joint stipulation:

By this Stipulation, the Parties hereby seek a continuance of several pre-trial dates and deadlines, as set forth below. The Parties believe that good cause exists for granting this Stipulation for the following reasons:

1. The discovery cutoff in this matter is currently March 26, 2008. As a result of a planned vacation by Plaintiffs' counsel, and as a result of calendar conflicts by MetLife's counsel, it would be a hardship to complete discovery by the current deadline.

2. The trial of this matter is set for December 1, 2008, and the Pre-Trial Conference is set for November 6, 2008. The Parties therefore believe that if the discovery cutoff and other pre-trial dates and deadlines are extended, it will not be necessary to disturb the schedule currently set for the trial and the Pre-Trial Conference.

3. No previous extensions of any dates or deadlines have been requested by the Parties in this case.

4. Therefore, in light of the discovery still to be completed, and given the close proximity of the upcoming discovery cutoff, the Parties believe a continuance, as set forth below, is warranted.

Dated: March 21, 2008

LAW OFFICE OF ALBERT G. STOLL, JR.

By: ALBERT G. STOLL, JR.
Attorneys for Plaintiffs Majiman Hafiz and Asharfun Nisha Hafiz

Dated: March ____, 2008

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
Attorneys for Defendant
Metropolitan Life Insurance Company

4. Therefore, in light of the discovery still to be completed, and given the close proximity of the upcoming discovery cutoff, the Parties believe a continuance, as set forth below, is warranted.

Dated: March _____, 2008

LAW OFFICE OF ALBERT G. STOLL, JR.


By: _____
ALBERT G. STOLL, JR.
Attorneys for Plaintiffs Majiman Hafiz and Asharfun Nisha Hafiz

Dated: March 24, 2008

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
Attorneys for Defendant
Metropolitan Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# [PROPOSED] ORDER

1. The discovery cutoff, currently set for March 26, 2008, will be extended to May 23, 2008.

2. The deadline to designate experts, currently set for May 7, 2008, will be extended to June 6, 2008.

3. The expert discovery cutoff, currently set for June 30, 2008, will be extended to July 7, 2008.

4. The last day for hearings on dispositive motions, currently set for August 6, 2008, will remain unchanged.

5. The Pre-Trial Conference will remain set for November 6, 2008, and the trial will remain set for December 1, 2008.

DATE: 3/26/08

UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA

By:_____
PHYLLIS J. H[AMILTON]
UNI[TED STATES DISTRICT]
C[OURT]



IT IS SO ORDERED
Judge Phyllis J. Hamilton

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800