UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJIMAN HAFIZ, et al.,

     Plaintiff(s),

  v.

METROPOLITAN LIFE INSURANCE COMPANY,

     Defendant(s).
_____/

No. C 07-2114 PJH

**ORDER CONTINUING TRIAL DATE**

    As the parties were advised in the case management and pretrial order, the court does not permit the parties to continue pretrial and trial dates by stipulation.  Nonetheless, in view of the reasons advanced for a continuance of the trial, and a cancellation in the court's trial schedule for January, the pretrial dates are continued as follows:

**Pretrial conference:**     December 18, 2008, at 2:30 p.m.

**Jury Trial (5 days):**     January 12, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: September 23, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge