UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJIMAN HAFIZ, et al.,

    Plaintiff(s),

    v.

METROPOLITAN LIFE INSURANCE CO.,

    Defendant(s).
_____/

No. C 07-2114 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment and denied plaintiffs' motion for summary judgment,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: October 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge